1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JACOB SMITH,

Petitioner,

v.

ISIDRO BACA, et al.,

Respondents.

Case No. 3:14-cv-00512-MMD-VPC

ORDER

13

14

15

16

17

18

19

20

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed April 29, 2015, this Court granted petitioner's motion for the appointment of counsel and directed the Federal Public Defenders Office to, within thirty (30) days, either undertake direct representation of petitioner or to indicate to the Court its inability to represent petitioner in these proceedings. (Dkt. no. 5.) The Federal Public Defender's Office has filed a motion for a 31-day extension of time in which to comply with the Court's order. (Dkt. no. 6.) Having reviewed the motion and good cause appearing, the motion is granted.

21

22

23

24

25

It is therefore ordered that the Federal Public Defender's motion (dkt. no. 6) for an extension of time in which to comply with the Court's order of April 29, 2015, is granted. Not later than June 29, 2015, the Federal Public Defender's Office shall file either a notice of representation of petitioner or a notice of its inability to represent petitioner.

26

DATED THIS 2nd day of June 2015.

27

28

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE