UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB SMITH,<br><br>                    Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>                    Respondents. | Case No. 3:14-cv-00512-MMD-VPC<br><br>ORDER |

Good cause appearing, respondents' unopposed motion for enlargement of time (ECF No. 32) is granted. It is ordered that respondents will have up to and including February 12, 2018, within which to file an answer to the amended petition in this case. No further extension will be granted absent extraordinary circumstances.

DATED THIS 2nd day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE