# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB SMITH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:14-cv-00512-MMD-VPC<br><br>ORDER |

Good cause appearing, it is ordered that respondents' second unopposed motion for enlargement of time (ECF No. 34) is granted. Respondents will have up to and including February 20, 2018, within which to file an answer to the amended petition in this case.

DATED THIS 12th day of February 2018.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE