# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB SMITH, | Case No. 3:14-cv-00512-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, it is ordered that petitioner's unopposed motion for an extension of time (ECF No. 37) is granted. Petitioner will have up to and including June 5, 2018, within which to file a reply to respondents' answer to his petition.

DATED THIS 22nd day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE